

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2022

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora Eliza **GONZALEZ** formerly known as Nora G. Rodriguez,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
            Beth Watkins, Justice
            Lori I. Valenzuela, Justice

On December 23, 2021, appellant, Michael E. Rodriguez, filed an "Amended Emergency Motion for Temporary Orders" requesting this court grant him temporary spousal maintenance. The motion is DENIED.

It is so **ORDERED** January 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT